# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STRONG MICROBIALS,<br><br>               Plaintiff,<br>v.<br><br>MANN LAKE LTD.,<br><br>               Defendant. | Case No. 19-CV-904-JPS<br><br>**PRELIMINARY INJUNCTION** |

      On October 11, 2019, Plaintiff Strong Microbials Inc. ("Strong Microbials") moved for entry of a preliminary injunction against Defendant Mann Lake Ltd. ("Mann Lake"). (Docket #24). Mann Lake did not contest the motion; instead, on October 31, 2019, the parties submitted a joint stipulation for entry of a preliminary injunction with agreed terms. (Docket #28). The stipulation explains that while Mann Lake denies that Strong Microbials is likely to succeed on the merits of its claims, has suffered any harm, or will suffer any harm, Mann Lake nonetheless believes that the interests of efficiency will best be served by entry of a preliminary injunction for the pendency of this case. *Id.* The Court quite agrees that issuance of this agreed injunctive relief favors judicial economy.

      In light of the parties' agreement, and having independently considered the terms of the parties' proposed injunction, the Court finds good cause to adopt the parties' stipulation. The Court also finds that it has jurisdiction to enter the proposed injunction. *See* (Docket #18 at 13). Therefore, the Court will enter the parties' proposed injunction and will deny Strong Microbials' motion for a preliminary injunction as moot.

Accordingly,

**IT IS ORDERED** that Plaintiff Strong Microbials Inc.'s motion for a preliminary injunction (Docket #24) be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that the parties' joint stipulation for entry of a preliminary injunction (Docket #28) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that a preliminary injunction be and the same is hereby **ENTERED** against Defendant Mann Lake Ltd. with the following terms.

Mann Lake Ltd., its agents, or anyone else working with or on behalf of Mann Lake Ltd. is preliminarily enjoined, directly or indirectly, and whether alone or in concert with others, from:

a) selling, offering to sell, or advertising any probiotic product bearing any of the Strong Microbials Inc. marks that was not packaged by Strong Microbials Inc. and in its original, unopened packaging; and

b) reproducing Strong Microbials Inc.'s packaging or labels bearing any of the Strong Microbials Marks for use on any product, provided, however, that this injunction shall not prohibit Mann Lake Ltd. from showing original Strong Microbials Inc. product and packaging and labels associated with the sale of original, non-repackaged Strong Microbials Inc. products.

**IT IS FURTHER ORDERED** that this Order remains in full force and effect until this case is dismissed.

Dated at Milwaukee, Wisconsin, this 5th day of November, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge